636 A.2d 629

**MAZZARO COAL AND DISPOSAL COMPANY, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1994.

Decided Feb. 15, 1994.

Robert O. Lampl, John P. Lacher, Pittsburgh, for Mazzaro Coal.

Ronald Skubecz, Harrisburg, for Atty. General's Office.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

CAPPY, J., dissents.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.